# UNITED STATES DISTRICT COURT
for the
District of Alaska

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
INFORMATION ASSOCIATED WITH THE CELLULAR DEVICES ASSIGNED CALL NUMBERS (907) 351-9841, (907) 360-6616, AND (907) 342-7323, THAT IS STORED AT PREMISES CONTROLLED BY AT&T.

Case No. 3:20-mj-00442-MMS

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference herein,

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference herein,

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 16 USC 1372(a) | Wildlife Protection |

The application is based on these facts:
See attached affidavit of NOAA Agent Doug Marsden

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days_____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Doug Marsden, NOAA Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____
*(specify reliable electronic means)*

telephone

Date: _____

Sept 15, 2020

City and state: Anchorage, Alaska

_____
Judge's signature

Magistrate Judge Matthew M Scoble
Printed name and title