AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICES ASSIGNED CALL NUMBERS (907) 351-9841, (907) 360-6616, AND (907) 342-7323, THAT IS STORED AT PREMISES CONTROLLED BY AT&T. | Case No. 3:20-mj-00442-MMS |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference herein,

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before   Sept 29, 2020   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   Sept 15, 2020/ 1245 hours       _____
                                                          *Judge's signature*

City and state:   Anchorage, Alaska                       Magistrate Judge Matthew M Scoble
                                                          *Printed name and title*

## Return

| Case No.: 3:20-mj-00442-MMS | Date and time warrant executed: 9/15/2020 1513 hrs | Copy of warrant and inventory left with: attmobility.ncc@att.com |
|---|---|---|

Inventory made in the presence of:
Electronic Return from AT&T

Inventory of the property taken and name(s) of any person(s) seized:

On 10/8/2020 @ 922 hrs, I called AT&T Reference the search warrant served on 9/15/2020, a return had not been received. AT&T informed me it was sent on 9/20/2020. After further checking with IT the email had been blocked. On 10/8/2020 at approximately 930 hrs, I received the following files electronically:

1. "1.Tif"
2. "2.Tif"
3. Zip file "6" containing 11 files

Nothing follows

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/8/2020

Executing officer's signature

Doug Marsden, SA
Printed name and title

Sworn to telephonically, subscribed to and returned electronically before this date.

May 17, 2021

Matthew M. Scoble
U.S. Magistrate Judge
Date